FRANK FRANKO, RESPONDENT, v. OHIO CHEMICAL AND
MANUFACTURING COMPANY, APPELLANT.

Submitted October 31, 1930—Decided April 17, 1931.

For the respondent, *Samuel Greenstone.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, CAMPBELL, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.